**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**ANDREIA D. BRANDAO,**
**as Personal Representative of the**
**ESTATE OF ALFONSO BRANDAO,**

**Plaintiff,**

**v.** **Civil Case No. 24-cv-10147-BEM**

**ANTHONY LOUIS,**
**OLEGARIO DA GRACA,**
**NAZAIER PAUL,**
**MICHAEL SKINNER and**
**RYAN QUIRK,**

**Defendants.**

## SETTLEMENT ORDER OF DISMISSAL

**MURPHY, J.**

The Court having been advised on September 11, 2026, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than 30 days, if settlement is not consummated.

By the Court,

September 14, 2026
Date

*/s/ Marlene Martins*
Deputy Clerk